# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2725 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 67 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 309909 |
| | : | |
| JOSEPH JOHN ASHTON, III | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2020, upon consideration of the Report and Recommendations of the Disciplinary Board, Joseph John Ashton, III, is suspended from the Bar of this Commonwealth for two years, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).